**FILED**
CLERK, U.S. DISTRICT COURT

3/14/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CD_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>SHAUNA NICOLAS,<br><br>            Defendant. | CR  2:23-cr-00112-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Access Devices; 18 U.S.C. § 1029(a)(5): Access Device Fraud in Excess of $1,000; 18 U.S.C. § 1028A: Aggravated Identity Theft; 18 U.S.C. §§ 982 and 1029: Criminal Forfeiture] |

    The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(a)(3)]

    On or about May 24, 2021, in Santa Barbara County, within the Central District of California, defendant SHAUNA NICOLAS, knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 64 social security numbers and 67 debit and credit cards, all belonging to persons other than defendant NICOLAS, with said possession affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about May 24, 2021, in Santa Barbara County, within the Central District of California, defendant SHAUNA NICOLAS knowingly possessed, without lawful authority, means of identification that defendant NICOLAS knew belonged to another person, namely, the name and driver's license number of victim O.A., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count One of this Indictment.

COUNT THREE

[18 U.S.C. § 1029(a)(5)]

From on or about August 19, 2020 through on or about September 11, 2020, in Santa Barbara County, within the Central District of California, and elsewhere, defendant SHAUNA NICOLAS, with access devices (as defined in Title 18, United States Code, Section 1029(e)(1)) issued to another person, namely, two debit cards issued in the name of S.H., knowingly and with intent to defraud effected transactions in and affecting interstate and foreign commerce, namely, cash withdrawals from automated teller machines, and by such conduct received things of value, their value totaling $1,000 or more, during a one-year period.

COUNT FOUR

[18 U.S.C. § 1028A(a)(1)]

From on or about August 19, 2020 through on or about September 11, 2020, in Santa Barbara County, within the Central District of California, defendant SHAUNA NICOLAS knowingly possessed and used, without lawful authority, means of identification that defendant NICOLAS knew belonged to another person, namely, the name and social security number of victim S.H., during and in relation to the offense of Access Device Fraud in Excess of $1,000, a felony violation of Title 18, United States Code, Section 1029(a)(5), as charged in Count Three of this Indictment.

4

FORFEITURE ALLEGATION

[18 U.S.C. §§ 982 and 1029]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982(a)(2) and 1029, in the event of the defendant's conviction of the offenses set forth in any of Counts One through Four of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense;

(b)  Any personal property used or intended to be used to commit the offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the

5

court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/s/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

MARIA JHAI
Assistant United States Attorney
Terrorism and Export Crimes
Section