# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-112 GW | Date | August 24, 2023 |
|---|---|---|---|
| Title | United States v. Nicolas | | |

Present: The Honorable  Michael R. Wilner

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**        ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release.  The Court concludes that no combination of conditions will ⊠ reasonably ensure Defendant's appearance at future proceedings; and/or ☐ protect the safety of the community.

Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.