```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                           JAN 24 2025

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                     DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUNA NICOLAS,<br><br>Defendant. | Case No. CR 23-112-GW<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b), 3143(a)] |

## I.

On January 24, 2025, Defendant appeared before the Court on the Petition for Violation of Pretrial Release Conditions and Order to Show Cause issued on January 11, 2024. Defendant was represented by Deputy Federal Public Defender ("DFPD") Shannon Coit, who specially appeared for DFPD Erica Choi, who was previously appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Thi Ho.  A detention hearing was held.

The Court has reviewed the files and records in this matter, including the Petition for violations of conditions of pretrial release, dated January 11, 2024, the recommendation by Pretrial Services, that Defendant be detained based on unverified background information, history of non compliance while on supervision, extensive criminal history, history of drug use and mental health concerns.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that he defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release, as alleged in the petition, and the fact that Defendant was previously found to be in violation of conditions of pretrial release and given an opportunity to participate in residential drug treatment and was unsuccessfully discharged from the program.

3. The Court has also taken into account the outstanding warrant for failure to appear on a matter in San Luis Obispo county that was issued on April 4, 2023.

Thus, the Court finds that there is <u>now</u> a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings in this matter.

Dated: January 24, 2025

                                                    /s/
                                    ALKA SAGAR
                    UNITED STATES MAGISTRATE JUDGE